## SCOTT ANDREWS *v.* COMMISSIONER OF CORRECTION

The petition by the petitioner Scott Andrews for certification for appeal from the Appellate Court, 45 Conn. App. 242 (AC 15526), is denied.

*Deborah DelPrete Sullivan*, assistant public defender, in support of the petition.

*Paul J. Ferencek*, assistant state's attorney, in opposition.

Decided July 14, 1997

## STATE OF CONNECTICUT *v.* JESSIE J. PUGH

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 261 (AC 16347), is denied.

*Glenn W. Falk*, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided July 14, 1997

## STATE OF CONNECTICUT *v.* ALEXANDER KETCHUM

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 270 (AC 12472), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

NORCOTT, J., did not participate in the consideration or decision of this petition.